# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CINCINNATI INSURANCE COMPANY,

| | |
|---|---|
| _____ *Plaintiff* | ) ) ) |
| v. | ) |
| HARRY JOHNSON PLUMBING & EXCAVATING CO INC., | ) ) |
| _____ *Defendant* | |

Civil Action No.   4:16-CV-05090-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment is entered in favor of Defendant and against Plaintiff in the amount of $109,800.00.

This action was *(check one)*:
☑ tried by a jury with Judge  Lonny R. Suko _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

❒ decided by Judge _____ on a motion for

Date:  11/9/2017 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____